01
02
03
04
05
06
07

08          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
09                   AT SEATTLE

10  UNITED STATES OF AMERICA,    )  Case No.: CR 02-00286-RSL
                                 )
11        Plaintiff,             )
                                 )  SUMMARY REPORT OF U.S.
12     v.                        )  MAGISTRATE JUDGE AS TO
                                 )  ALLEGED VIOLATIONS
13  MICHAEL KEITH CUMMINGS,      )  OF SUPERVISED RELEASE
                                 )
14        Defendant.             )
    _____)
15

16      A probation revocation hearing on a supervised release violation was held before the

17  undersigned Magistrate Judge on October 17, 2005. The United States was represented by

18  Assistant United States Attorney William Redkey, and the defendant by Mr. Timothy Lohraff.

19  The proceedings were recorded on cassette tape.

20      The defendant had been sentenced on or about December 13, 2002, on a charge of being

21  a felon in possession of a firearm. The defendant was sentenced to 45 months in custody

22  followed by three years of supervised release.

23      In an application dated May 25, 2005, U.S. Probation Officer Jennifer J. Tien alleged the

24  defendant committed five violations of the conditions of supervised release. On July 6, 2005,

25  the defendant admitted violations two through five at a hearing before the Honorable Mary Alice

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

Theiler. (DKT No. 34). At a subsequent hearing, alleged violation number one was withdrawn. (DKT No. 39).

In an application dated August 16, 2005, U.S. Probation Officer Jennifer J. Tien alleged the following additional violation of the conditions of supervised release:

6. Failing to reside in and successfully participate in the community corrections center program at Pioneer Fellowship House, as directed by the Court, in violation of his special condition of supervised release.

At a hearing on October 17, 2005, defendant was advised in full as to this charge and as to his constitutional rights. The defendant admitted violation No. 6, and waived any evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant violated his supervised release as to violation No. 6, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing has been set before Chief Judge Robert S. Lasnik on November 3, 2005 at 8:45 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 17th day of October, 2005.

                           */s/ James P. Donohue*
                           JAMES P. DONOHUE
                           United States Magistrate Judge

cc:   District Judge:         The Hon. Robert S. Lasnik
      AUSA:                   Mr. William Redkey
      Defendant's attorney:   Mr. Timothy Lohraff
      Probation officer:     Ms. Jennifer J. Tien

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2